## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| ANNE DENISE THIBODEAU, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Docket no. 1:13-cv-00037-NT |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION | ) | |
| COMMISSIONER, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 14, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED.

It is further ORDERED that:

1. The Commissioner's final decision is AFFIRMED.

2. Judgment is entered in favor of the Defendant.

/s/ Nancy Torresen
United States District Judge

Dated this 12th day of May, 2014.